FILED

07/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0442

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, MT 59624-1099
Tel: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF MICHAEL D. MONTGOMERY, <br><br> An Attorney at Law, <br><br> Respondent. | Supreme Court Cause No. PR 24-0442 <br><br> ODC File No. 23-162 <br><br> **CITATION TO APPEAR IN ANSWER TO COMPLAINT OF THE OFFICE OF DISCIPLINARY COUNSEL** |

TO: MICHAEL D. MONTGOMERY, Respondent, Greetings:

YOU ARE HEREBY NOTIFIED that the Office of Disciplinary Counsel for the State of Montana has filed with the Supreme Court of the State of Montana its Formal Complaint against you pursuant to Rule 12 of the Montana Rules for Lawyer Disciplinary Enforcement (2021) ("MRLDE"), a copy of which Complaint is attached hereto.

Members of the federal bar are advised to comply with the Local Rules of Procedure for the U.S. District Court (Montana), Rule 83.2(d)(2), Reciprocal Discipline – *Duty to Notify of Pending Disciplinary Actions.* If you are a member of

*Citation to Appear in Answer to Complaint* - Page 1

another jurisdiction with the same or similar requirement, you are required to comply with those rules.

YOU ARE HEREBY COMMANDED to make and file with the Clerk of this Court your written answer to said Complaint within twenty-one (21) days from the date of service upon you of this Citation and a copy of said Complaint pursuant to Rule 12, MRLDE.

Any procedural motions, for example, a Motion for Extension of Time within which to Answer the Complaint, filed by you or by your Counsel prior to the filing of the Findings, Conclusions, and Recommendations of the Commission on Practice, shall be addressed to and filed with Shelly Smith, Commission on Practice, P.O. Box 203005, Helena, MT 59620-3005, shellysmith@mt.gov, and served upon the Office of Disciplinary Counsel, P.O. Box 1099, Helena, MT 59624-1099, sstreib@montanaodc.org, as provided by Rule 12, MRLDE.

In the event of your failure to file an answer within the time prescribed, you will be held and deemed in default as provided by Rule 12C(2), MRLDE.

WITNESS my hand and seal of this Court this 25 day of July 2024.

(COURT SEAL)

BOWEN GREENWOOD
Clerk of the Supreme Court
of the State of Montana

*Citation to Appear in Answer to Complaint - Page 2*

# CERTIFICATE OF SERVICE

I, Pamela D. Bucy, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 07-30-2024:

M. D. Montgomery (Attorney)
99 Marcus St. 3rd Floor
Hamilton MT 59840
Representing: M. D. Montgomery
Service Method: eService

Commission on Practice (Other)
Shelly Smith, Office Administrator
P.O. Box 203005
Helena MT 59620-3005
Service Method: E-mail Delivery

Electronically signed by Sheena M. Broadwater on behalf of Pamela D. Bucy
Dated: 07-30-2024